UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDEN WILLIE ISELI,

        Petitioner,

    v.

WARDEN,

        Respondent.

Case No.  2:25-cv-1628-WBS-JDP (P)

ORDER

Petitioner brought this section 2254 action seeking federal habeas relief.  On December 4, 2025, I recommended that the petition be dismissed as untimely and successive.  ECF No. 23.  Those recommendations are still pending, but petitioner has filed a "request for the case to be discontinued, disregarded, or temporarily stayed."  ECF No. 24.  Therein, it appears that petitioner is acknowledging that his petition is successive.  Out of an abundance of caution, I will direct petitioner to confirm, within fourteen days, his intent to voluntarily dismiss this case.

1

It is ORDERED that, within fourteen days of this order's entry, petitioner shall confirm whether he intends to voluntarily dismiss this action.

IT IS SO ORDERED.

Dated:    March 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE