UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDEN WILLIE ISELI,

Petitioner,

v.

WARDEN,

Respondent.

Case No.  2:25-cv-1628-WBS-JDP (P)

ORDER

On December 4, 2025, I recommended that the instant habeas petition be dismissed as successive and untimely.  ECF No. 23.  After those recommendations were filed (and they remain pending), petitioner filed an ambiguous "request for the case to be discontinued, disregarded, or temporarily stayed," ECF No. 24.  On March 3, 2026, I directed petitioner to confirm, within fourteen days, whether this request sought to voluntarily dismiss this action.  ECF No. 25.  To date, petitioner has not responded to my order.  Accordingly, I now deny his request, ECF No. 24, and submit the December 2025 findings and recommendations to the district judge.  If petitioner wishes to voluntarily dismiss this action before those recommendations are ruled upon, he may submit a filing to the court explicitly stating his intent to do so.

1

It is, therefore, ORDERED that plaintiff's request, ECF No. 24, is DENIED.

IT IS SO ORDERED.

Dated:     May 4, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2